

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of E.J.V., a child

No. 11-21-00041-CV

* From the 70th District Court
of Ector County,
Trial Court No. A-3534-PC

* September 9, 2021

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.